UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TRUSTEES OF THE NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS
PENSION FUND, WELFARE FUND, ANNUITY
FUND, AND APPRENTICESHIP, JOURNEYMAN
RETRAINING, EDUCATIONAL AND INDUSTRY
FUND, ET AL.,

      Plaintiffs,

- against -

PHILIP CONSTRUCTION GROUP CORP.,

      Defendant.

21-cv-2411 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

  The defendant should respond to the petition to confirm the arbitration award by June 4, 2021. The petitioners may reply by June 14, 2021. If the defendant does not respond, the court will decide the petition based on the papers already submitted.

SO ORDERED.

Dated: New York, New York
    May 13, 2021

            /s/ John G. Koeltl
            John G. Koeltl
          United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-13-2021