UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TRUSTEES OF THE NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS
PENSION FUND, WELFARE FUND, ANNUITY
FUND, AND APPRENTICESHIP, JOURNEYMAN
RETRAINING, EDUCATIONAL AND INDUSTRY
FUND, TRUSTEES OF THE NEW YORK CITY
CARPENTERS RELIEF AND CHARITY FUND,
THE CARPENTER CONTRACTOR ALLIANCE OF
METROPOLITAN NEW YORK, AND THE
NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS,

21-cv-2411 (JGK)

ORDER

Petitioners,

- against -

PHILLIP CONSTRUCTION GROUP CORP.,

Respondent.

---

JOHN G. KOELTL, District Judge:

The petitioners should submit, by July 27, 2021, evidence that the respondent was bound by the collective bargaining agreements at issue. The Project Agreement submitted is unsigned and there is no indication of what evidence the arbitrator relied upon in saying that "[t]he uncontroverted testimony and evidence established that the Respondent was bound to a Collective Bargaining Agreement with the New York City District Council of Carpenters . . . [that] became effective 4/06/2016." Pet. Ex. G, at 2.

SO ORDERED.

Dated:   New York, New York
         July 19, 2021

                                    _____
                                    John G. Koeltl
                                    United States District Judge