ITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X
TRUSTEES OF THE NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS
PENSION FUND, WELFARE FUND, ANNUITY
FUND, AND APPRENTICESHIP, JOURNEYMAN
RETRAINING, EDUCATIONAL AND
INDUSTRY FUND, TRUSTEES OF THE NEW
YORK CITY CARPENTERS RELIEF AND
CHARITY FUND, THE NEW YORK CITY AND
VICINITY CARPENTERS LABOR-
MANAGEMENT CORPORATION and the NEW
YORK CITY DISTRICT COUNCIL OF
CARPENTERS,

                    Petitioners,                    21 **CIVIL**2411(JGK)

        -against-                                    **JUDGMENT**

PHILLIP CONSTRUCTION GROUP CORP.,

                    Respondent.
--------------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Memorandum Opinion and Order dated August 12, 2021, the petition to

confirm the arbitration award dated November 21, 2020, is granted, in the amount of $32,876.31,

plus interest from November 21, 2020, the date of the arbitration award, accrued at an annual rate

of 5.25% until the date of judgment in the amount of $1,253.13; Judgment is entered in favor of

the Petitioners and against the Respondent in the amount of $1,797.50 in attorneys' fees and $75.00

in costs, for a total sum of $36,001.94. Post judgment interest will accrue from the date of the

Judgment at the rate provided by 28 U.S.C. § 1961(a); accordingly, this case is closed.

**Dated:**  New York, New York
        August 13, 2021

**RUBY J. KRAJICK**

_____

**Clerk of Court**

BY: _____

**Deputy Clerk**